■ In the Matter of JOHN J. BRADY, Appellant, v NEW YORK CITY HEALTH AND HOSPITALS CORP., Respondent.—Order entered August 11, 1975, in the Supreme Court, New York County, unanimously reversed, on the law, without costs and without disbursements, and the matter remanded to Special Term for a hearing and consideration of evidentiary facts to determine whether or not there should be an estoppel against respondent New York City Health and Hospitals Corporation. (Bender v New York City Health & Hosps. Corp. 38 NY2d 662; Economou v New York City Health & Hosps. Corp. 38 NY2d 662.) If it be concluded that estoppel does apply, then permission to serve a notice of claim on the Health and Hospitals Corporation nunc pro tunc should be granted; otherwise, such leave should be denied. Concur—Stevens, P. J., Kupferman, Lupiano, Capozzoli and Lane, JJ.